1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No. 2:25-cv-00005-WBS-CSK
       IN RE:  STEVEN WAYNE BONILLA
12                                              No. 2:25-cv-00006-WBS-CSK

13                                              No. 2:25-cv-00182-WBS-CSK

14                                              No. 2:25-cv-00188-WBS-CSK

15                                              No. 2:25-cv-00191-WBS-CSK

16                                              No. 2:25-cv-00192-WBS-CSK

17                                              No. 2:25-cv-00194-WBS-CSK

18                                              No. 2:25-cv-00197-WBS-CSK

19                                              No. 2:25-cv-00218-WBS-CSK

20                                              No. 2:25-cv-00219-WBS-CSK

21

22                                              **ORDER**

23

24

25          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

26   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

27   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

28   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

                                              1

1  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

2  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

3  the Court to open a new case for each attempted new pleading and assign it to the Court for

4  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

5  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

6        The Court has reviewed the complaints/petitions filed in the above-captioned cases and

7  finds they are related to Plaintiff's Alameda County criminal conviction.

8        Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00005, 2:25-cv-00006, 2:25-cv-

9  00182, 2:25-cv-00188, 2:25-cv-00191, 2:25-cv-00192, 2:25-cv-00194, 2:25-cv-00197, 2:25-cv-

10  00218 and 2:25-cv-00219 are DISMISSED; the Clerk of the Court is directed to close these cases.

11  No further filings will be accepted.

12  Dated:  January 31, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2